IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

JOLENE CRANSTON,            )
                           )
            Plaintiff,     )            8:05CV563
                           )
        v.                 )
                           )
DEAUVILLE ASSOCIATION #3,   )            ORDER
INC.,                      )
                           )
            Defendant.     )
_____)

This matter is before the Court on plaintiff's motion to dismiss (Filing No. 7).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that the motion to dismiss is granted; plaintiff's complaint is dismissed with prejudice.

DATED this 8th day of May, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court